**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ALEKSANDR SVESHNIKOV,

        Plaintiff,

v.                                                                                    Case No:   6:24-cv-625-WWB-LHP

DIRECTOR, U.S. CITIZEN AND
IMMIGRATION SERVICES,
DIRECTOR, U.S. DEPARTMENT OF
HOMELAND SECURITY and
DIRECTOR, USCIS, NEBRASKA
SERVICE CENTER,

        Defendants

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR STATUS UPDATE** (Doc. No. 6)
>
> **FILED:** **June 6, 2024**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Plaintiff, proceeding *pro se*, has filed a "Motion for Status Update," in which he asks for "an update on the current status and any scheduled future actions."

Doc. No. 6. Plaintiff also attaches a certified mail receipt regarding purported service on Defendants. Doc. No. 6-1. Upon review, the motion will be **DENIED without prejudice** for failure to comply with Local Rule 3.01(a). Relatedly, it is not entirely clear what relief Plaintiff seeks. *See* Doc. No. 6.[1] The Clerk of Court is **DIRECTED** to mail a copy of the docket sheet to Plaintiff, along with a copy of this Order.

    **DONE** and **ORDERED** in Orlando, Florida on June 24, 2024.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] Notably, the certified mail receipts state that delivery occurred on various dates in May 2024. Doc. No. 6-1. Since the filing of the motion, Defendants have also appeared in this case by requesting an extension of time to respond to the complaint. *See* Doc. No. 7.